

392 P.3d 1215

Lorna SOUZA, Trustee of the Irene K. Takahama Trust Dated November 19, 1992, As Amended, and The Lawrence I. Takahama Trust Dated November 19, 1992, Plaintiff-Appellee,

v.

Elizabeth FISHER, Defendant-Appellant.

Lorna Souza, Trustee of the Irene K. Takahama Trust Dated November 19, 1992, As Amended, and The Lawrence I. Takahama Trust Dated November 19, 1992, Plaintiff/Counterclaim Defendant-Appellant,

v.

Elizabeth Fisher, Defendant/Counterclaim Plaintiff-Appellee.

Lorna Souza, Trustee of the Irene K. Takahama Trust Dated November 19, 1992, As Amended, and The Lawrence I. Takahama Trust Dated November 19, 1992, Plaintiff/Counterclaim Defendant-Appellee,

v.

Elizabeth Fisher, Defendant/Counterclaim Plaintiff-Appellant.

CAAP-13-0001699
CAAP-15-0000516
CAAP-15-0000517

Intermediate Court of Appeals of Hawai‘i.

April 7, 2017

APPEALS FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION (CIVIL CASE NO. 1RC12-1-000925)

MEMORANDUM OPINION

Remanded.

392 P.3d 1215

STATE of Hawai‘i, Plaintiff-Appellee,

v.

CHIT WAI YU, Defendant-Appellant

NO. CAAP-13-0002509

Intermediate Court of Appeals of Hawai‘i.

April 11, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 10-1-1597)

SUMMARY DISPOSITION ORDER

Affirmed.

